UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY XAVIER SANCHEZ,<br>Plaintiff,<br>v.<br>KERN COUNTY SHERIFF'S DEPT.,<br>Defendant. | 1:26-cv-08874-FJS (PC)<br><br>ORDER TO SUBMIT COMPLETE SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>(ECF No. 2)<br><br><u>THIRTY (30) DAY DEADLINE</u> |

Plaintiff Jeremy Xavier Sanchez ("Plaintiff"), a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application to proceed in forma pauperis was incomplete because it did not include the first page of Plaintiff's application.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's complete, signed application, or in the alternative, pay the $405.00 filing fee for this action. Plaintiff is reminded that each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; Fed. R. Civ. P. 11(a).

No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 2, 2026**

UNITED STATES MAGISTRATE JUDGE